[No. 3746.]

DAVIS v. THE PEOPLE OF THE STATE OF COLORADO.

APPELLATE PRACTICE—MOTION TO AFFIRM.

Where all the assignments of error were predicated upon matters preservable only by bill of exceptions, and that which purported to be a bill of exceptions has been stricken from the files for want of proper authentication, the judgment may be affirmed upon motion.

*Error to the District Court of El Paso County.*

Upon motion to affirm judgment.

Mr. JAMES HOFFMIRE, Mr. JOHN COCHRAN and Mr. DAVID G. TAYLOR, for plaintiff in error.

THE ATTORNEY GENERAL, Mr. GEO. H. THORNE and Mr. CALVIN E. REED, of counsel, for the People.

PER CURIAM.

There is no assignment of error in this case based upon the record proper. The assignments are all directed to alleged errors occurring at the trial upon matters that can only be reserved for review by a bill of exceptions properly authenticated. There is no such bill of exceptions in this cause. See *Davis v. The People,* 23 Colo. 495. The judgment of the district court must, accordingly, be affirmed; but as the governor has recently commuted the sentence of death imposed thereby, to imprisonment for life, the usual order designating the week of execution will be omitted.

*Affirmed.*